COPY

United States District Court
Southern District of Texas
FILED

NOV 2 8 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

THE UNITED STATES OF AMERICA
PLANTIFF,

Cr. No. B-98-394-01

B-01-199

United States District Court
Southern District of Texas
FILED

DEC 17 2001

Michael N. Milby
Clerk of Court

v.

Manuel Albert Martinez
Defendent,

MOTION REQUESTING APPOINTMENT OF
NEW COUNSEL DUE TO GOVERNMENTS APPOINTMENT OF
INEFFECTIVE COUNSEL

Motion Requesting Appointment of
New Counsel

TO THE HONORABLE JUDGES OF SAID COURT:

The Southern District of Texas court appointed Leticia Barguiarena for Defendant Appellant Manuel Alberto Martinez, aka James A. Dupont, aka Albert Longoria, move this Court to appoint new counsel due to legal incompetence of court appointed counsel appointed by Southern District. Defendent Appellant had earlier voiced concerns regarding counsels in experience but court ignored, defendent will respectfully show the court as follows:

I

MANUEL ALBERTO MARTINEZ, pled guilty to counts three(3), five(5) and seven(7), in violation of 18 U.S.C. 1341 (Mail Fraud), 18 U.S.C. 666 (a) (1) (A) (b) & 18 U.S.C. 20 (Theft from Organization receiving Federal Funds), and 18 U.S.C. 1956 (a) (1) (B) (1) ( Money Laundering), He was sentenced to serve fifty-seven (57) months in the Bureau of Prisons on each court that was to run concurrently and a three-year term of supervised release on each court also, that was to run concurrently. The court did not impose a fine, but did impose a one-hundred dollar special assessment for each count for a total of $300.00. The court also ordered Mr. Martinez to pay restitution in the amount of $953,322.07 in 35 equal payment beginning 30 days after the commencement of the term of supervised release.

II

Leticia Barguiarena was appointed to represent Mr. Manuel Alberto Martinez in his appeal, appealed Mr. Martinez' conviction and sentence on grounds the district court had erred in its' decision.

III

Defendant-Appellant advised Magistrate Recio in the Southern District of concerns regarding the appointment of Leticia Barguiarena due to her inexperience in complex federal, cases. Judge Recio ignored all concerns on May 19, 2000. Leticia Barguiarena filed a motion in court heard by Judge Hilda Tagle requesting to withdraw as counsel. In said motion counsel affirmed false statements which court did not verify and again court insisted on Leticia Barguiarena to continue as counsel. Counsel notified defendant of her appointment and noted she would prepare the appeal. Counsel advised defendant to provide information in regard to case so it could be used in appeal. Defendant provided extensive data and supporting proof which would have voided the Judgements of conviction. Counsel evidently did not read the written documents which provided ample facts and proof to void the judgement. Counsel decided to deliberately

ignore all pertinent facts and prepared appeal brief on prior attorneys arguments. The appeal prepared was hastily done and omitted numerous facts of record which were relevent to the appeal.

IV

On May 13, 2001 Defendant sent copy of motion submitted to Fifth Circut requesting new counsel, Southern District refused motion and also provided forms to file motion under 28 USC 2255 used to vacate, set aside or correct sentence by a person in federal custody. Said motion is not appropriate at this time, Southern District failed to review said motion and again is further delaying action on this matter.

On Sept. 13, 2001 Counsel advised of appeal courts decision. Letter was not dated and counsel asserted defendant could request a re-hearing. On Sept. 19, 2001 defendant requested counsel to file for re-hearing to bring forth issues counsel had previously ignored and had failed to address in the appeal. On Sept. 28, 2001 counsel stated a "re-hearing would not be merritious." On Oct. 17, 2001 counsel wrote re-hearing was inappropriate and out of time. Thus counsel ignored defendants instructions and acted on her own not to request a re-hearing. Defendant has been denied his right in this court due to counsels' actions.

V

Prior counsel has not acted in a prudence matter, the appeal court confirms counsel inability to prepare an adequate brief. Appeal court criticizes counsel for not addressing key issues (Page 4 Brief). Thus even appeal court affirmed ineffective assistance in appeal brief. Therefore, with premises considered and various acts of ineffective assistance, I request appointment of new counsel to request a re-hearing and to bring forth new issues that prior counsel deliberately ignored. That will question the validity of the Judgement of Conviction. Should the court ignore this motion, the court is allowing an injustice to continue and is only delaying justice and defendant is being denied due process of law.

Respectfully Submitted,

*[signature: Manuel Albert Martinez]*

Manuel Albert Martinez
#88613-080
Federal Medical Center
P.O. Box 15330
Fort Worth Texas 76119-5905

O 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA     District of    SOUTHERN DISTRICT, BROWNSVILLE DIVISION

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

United States District Court
Southern District of Texas
FILED
NOV 28 2001
Michael N. Milby, Clerk of Court

CASE NUMBER: B-98-394-01

Manuel Albert Martinez _____ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [x] Yes    [ ] No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration   Federal Medical Center, Fort Worth, Texas

    Are you employed at the institution? NO    Do you receive any payment from the institution? NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [x] No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
         NONE

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [ ] | [x] |
    | b. | Rent payments, interest or dividends | [ ] | [x] |
    | c. | Pensions, annuities or life insurance payments | [ ] | [x] |
    | d. | Disability or workers compensation payments | [ ] | [x] |
    | e. | Gifts or inheritances | [ ] | [x] |
    | f. | Any other sources | [x] | [ ] |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

ACCOUNT
STATEMENT

IC FT. WORTH*LIMITED OFFICAL USE*          DATE 06/05/01
50 Horton Road                              PAGE No.01
rt Worth, TX 76119

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| --BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 60.95 | .00 | .00 | .00 | 60.95 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000059 | 8:48 | 10-02-00 | SALE / REGULAR | 26.25- | 34.70 |
| 000060 | 8:50 | 10-02-00 | SALE / REGULAR | .66- | 34.04 |
| 18A164 | 16:49 | 10-02-00 | DEPOSIT ITS FUNDS | 2.00- | 32.04 |
| 18FEA8 | 20:05 | 10-06-00 | DEPOSIT ITS FUNDS | 1.00- | 31.04 |
| 1942BA | 18:59 | 10-09-00 | DEPOSIT ITS FUNDS | 1.00- | 30.04 |
| 000068 | 8:19 | 10-10-00 | SALE / REGULAR | 9.76- | 20.28 |
| 199335 | 19:13 | 10-13-00 | DEPOSIT ITS FUNDS | 1.00- | 19.28 |
| 19BFD2 | 19:16 | 10-15-00 | DEPOSIT ITS FUNDS | 1.00- | 18.28 |
| 000039 | 8:26 | 10-16-00 | SALE / REGULAR | 9.90- | 8.38 |
| 19D425 | 19:50 | 10-16-00 | DEPOSIT ITS FUNDS | 1.00- | 7.38 |
| T01736 | 12:58 | 10-20-00 | MONEY ORDER | 30.00 | 37.38 |
| 1A2C0C | 11:48 | 10-21-00 | DEPOSIT ITS FUNDS | 1.00- | 36.38 |
| 000042 | 8:42 | 10-23-00 | SALE / REGULAR | 15.50- | 20.88 |
| 000043 | 8:42 | 10-23-00 | SALE / REGULAR | 2.10- | 18.78 |
| T02311 | 12:33 | 10-27-00 | MONEY ORDER | 100.00 | 118.78 |
| 000039 | 9:25 | 10-30-00 | SALE / REGULAR | 21.40- | 97.38 |
| 1B1BBF | 18:58 | 11-02-00 | DEPOSIT ITS FUNDS | 4.00- | 93.38 |
| 000070 | 9:06 | 11-06-00 | SALE / REGULAR | 23.40- | 69.98 |
| 1B9818 | 20:04 | 11-08-00 | DEPOSIT ITS FUNDS | 2.00- | 67.98 |
| 1BFA71 | 19:41 | 11-12-00 | DEPOSIT ITS FUNDS | 1.00- | 66.98 |
| 000057 | 8:38 | 11-13-00 | SALE / REGULAR | 17.70- | 49.28 |
| 1C35EF | 18:51 | 11-15-00 | DEPOSIT ITS FUNDS | 1.00- | 48.28 |
| 1C364B | 19:01 | 11-15-00 | DEPOSIT ITS FUNDS | 1.00- | 47.28 |
| 1C4955 | 18:26 | 11-16-00 | DEPOSIT ITS FUNDS | 1.00- | 46.28 |
| 1C683A | 8:50 | 11-18-00 | DEPOSIT ITS FUNDS | 1.00- | 45.28 |
| 000063 | 8:50 | 11-20-00 | SALE / REGULAR | 11.75- | 33.53 |
| 000168 | 12:47 | 11-20-00 | SALE / REGULAR | .75- | 32.78 |
| T04403 | 11:58 | 11-22-00 | MONEY ORDER | 30.00 | 62.78 |
| 1CC57C | 19:36 | 11-22-00 | DEPOSIT ITS FUNDS | 2.00- | 60.78 |
| 1CF2D7 | 19:37 | 11-24-00 | DEPOSIT ITS FUNDS | 1.00- | 59.78 |
| 1D1485 | 17:16 | 11-25-00 | DEPOSIT ITS FUNDS | 1.00- | 58.78 |
| 000041 | 8:36 | 11-27-00 | SALE / REGULAR | 11.30- | 47.48 |
| 1D489B | 16:47 | 11-29-00 | DEPOSIT ITS FUNDS | 2.00- | 45.48 |
| R00339 | 7:02 | 12-04-00 | DEPOSIT ITS FUNDS | 1.25 | 46.73 |
| T18750 | 14:01 | 05-09-01 | STATE CHECK | 17.06 | 63.79 |
| 2A3E19 | 21:23 | 05-10-01 | DEPOSIT ITS FUNDS | 5.00- | 58.79 |
| 000084 | 8:29 | 05-14-01 | SALE / REGULAR | 18.93- | 39.86 |
| 2AA4CC | 22:14 | 05-15-01 | DEPOSIT ITS FUNDS | 3.00- | 36.86 |
| T19311 | 13:49 | 05-17-01 | MONEY ORDER | 40.00 | 76.86 |
| 000085 | 8:39 | 05-21-01 | SALE / REGULAR | 15.80- | 61.06 |
| T19662 | 14:35 | 05-21-01 | STATE CHECK | 8.53 | 69.59 |

ACCOUNT
STATEMENT

: FT. WORTH*LIMITED OFFICAL USE*            DATE 06/05/01
50 Horton Road                              PAGE No.02
:t Worth, TX 76119

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| IVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---:|---:|
| !B3841 | 20:10 | 05-25-01 | DEPOSIT ITS FUNDS | 2.00- | 67.59 |
| 'B7914 | 20:39 | 05-30-01 | DEPOSIT ITS FUNDS | 4.00- | 63.59 |
| )00123 | 8:22 | 05-31-01 | SALE / REGULAR | 10.40- | 53.19 |
| [20251 | 11:41 | 05-31-01 | MONEY ORDER | 25.00 | 78.19 |
| !BC0EA | 19:51 | 06-03-01 | DEPOSIT ITS FUNDS | 3.00- | 75.19 |
| )00068 | 8:34 | 06-05-0: | SALE / REGULAR | 31.20- | 43.99 |
| )00063 | 8:37 | 06-05-01 | SALE / REGULAR | .50- | 43.49 |
| | | | **** TRANSACTION TOTAL **** | 17.46- | |

| --ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---:|---:|---:|---:|---:|
| | 43.49 | .00 | .00 | .00 | 43.49 |

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 60.95 on account to his/her credit at (name of institution) FMC FT WORTH. I further certify that the applicant has the following securities to his/her credit _____. I further certify that during the past six months the applicant's average balance was $ See attached Account Statement.

_____
SIGNATURE OF AUTHORIZED OFFICER

6-5-0'
DATE