

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | * | B-01-199 |
|---|---|---|
| | * | |
| VS | * | CR. NO. B-98-394-01 |
| | * | |
| MANUEL ALBERTO MARTINEZ | * | |

## O R D E R

On this the 13th day of December 2001, Defendant's Motion Requesting Appointment of New Counsel Due to the Government's Appointment of Ineffective Counsel was considered by the Court and is of the opinion that the Motion should be and is hereby DENIED.

On further consideration of Defendant's Motion, the Court is of the opinion that the Motion should be and is hereby construed as a 28 U.S.C. § 2255 Application for Writ of Habeas Corpus.

Accordingly, the U.S. District Clerk is ORDERED to docket this matter in accordance to the rules of civil procedure and cause a civil action to be opened on Petitioner Martinez' behalf.

Petitioner's Motion to Proceed in Forma Pauperis will be granted and counsel will be appointed by separate order.

DONE at Brownsville, Texas, this \_\_17th\_\_ day of December 2001.

_____
Felix Recio
United States Magistrate Judge