**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ | * | |
| VS | * | C.A. NO. B-01-199 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-394) |

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **February 25, 2002**. Said response shall include the transcript of the trial.

Petitioner's Motion Requesting Appointment of New Counsel is hereby **GRANTED**. Attorney Ivan A. Andarza is hereby appointed.

DONE at Brownsville, Texas, this <u>18th</u> day of December 2001.

_____
Felix Recio
United States Magistrate Judge