United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs | § § | CRIMINAL NO. B-01-CV-199 (Cr. No. B-98-394) |
| MARIO ALBERTO MARTINEZ | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes, **Ivan A. Andarza**, and moves to withdraw as attorney of record for Manuel Alberto Martinez, Defendant, in the above entitled and numbered cause, and for good cause shows the following:

I.

a.) I was appointed by this Honorable Court to represent Mr. Manuel Alberto Martinez on December 18, 2001;

b.) Movant is unable to adequately represent Mr. Salas-Rodriguez because he no longer resides in the Southern District of Texas.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned requests permission to withdraw as counsel of record and that new counsel be appointed to represent Mr. Manuel Alberto Martinez, as soon as possible, so that his appeal is not adversely affected.

Motion to Withdraw                                                                                       Page 1 of 3

Respectfully submitted,

_____
Ivan A. Andarza
**ANDARZA & DE COSS P.C.**
State Bar No. 00798031
Fed Bar No. 21085
1718 Boca Chica Blvd.
Brownsville, Texas 78520
Telephone (956) 550-8330
Facsimile  (956) 982-1909


ATTORNEY FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Withdraw As Attorney of Record was delivered to the United States Attorney's Office, at 600 E. Harrison St., Brownsville, Texas, on March 8, 2002.

_____
IVAN A. ANDARZA