7

United States District Court
Southern District of Texas
FILED

MAR 11 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | C.A. |
| vs | § | ~~CRIMINAL NO.~~ B-01-199 |
| MANUEL | § | (Cr. No. B-98-394) |
| ~~MARIO~~ ALBERTO MARTINEZ | § | |

## ORDER

On 3-11-____, 2002 came on to be considered the Motion to Withdraw as Attorney of Record in the above styled and numbered cause, and said motion is hereby

(GRANTED)    (DENIED)

_____
JUDGE PRESIDING

Motion to Withdraw                                                                 Page 3 of 3