**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL** (Rev. 5/99)

| 1 CIR./DIST./DIV. CODE | 2 PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| TXS BR | MANUEL ALBERTO MARTINEZ | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5 APPEALS DKT./DEF. NUMBER | 6 OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:01CV199 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8 PAYMENT CATEGORY | 9 TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| MARTINEZ VS USA | ☐ Felony  ☐ Petty Offense<br>☐ Misdemeanor  x Other<br>☐ Appeal   28 USC 2255 | ☐ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other  28 USC 2255 | MA |

11 OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
28 USC 2255

FILED
United States District
Southern District of [Texas]
MAR 1 1 2002
Michael N. Milby
Clerk of Court

| 12 ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),<br>AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Ms. Jeanette Mercado<br>Attorney at Law<br>P O Box 532541<br>Harlingen, TX 78553<br><br>Telephone Number: 956/245-6565 | ☐ O  Appointing Counsel     ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney<br>x P  Subs For Panel Attorney    ☐ Y  Standby Counsel<br><br>Prior Attorney's: Ivan A. Andarza<br>Appointment Dates: 12/18/01<br>☑ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other (See Instructions)<br><br>_[signature]_<br>Signature of Presiding Judicial Officer or By Order of the Court<br><br>3-11-02<br>Date of Order          Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time appointment  ☐ YES  ☐ NO |
| 14 NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | |

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15  a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $         ) TOTALS: | | | | | |
| 16  a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $         ) TOTALS: | | | | | |
| 17 Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18 Other Expenses (other than expert, transcripts, etc.) | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

| 19 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>TO: | 20 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21 CASE DISPOSITION |
|---|---|---|

22 CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO    If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO    If yes, give details on additional sheets
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____    Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23 IN COURT COMP | 24 OUT OF COURT COMP | 25 TRAVEL EXPENSES | 26 OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

| 28 SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a JUDGE/MAG JUDGE CODE |
|---|---|---|
| | | |

| 29 IN COURT COMP | 30 OUT OF COURT COMP | 31. TRAVEL EXPENSES | 32 OTHER EXPENSES | 33 TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount | DATE | 34a JUDGE CODE |
|---|---|---|
| | | |