IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ, | )( | |
| Petitioner-Defendant | )( | |
| v. | )( | CA B-01-199 |
| UNITED STATES OF AMERICA | )( | (CR B-98-394-01) |
| Respondent-Plaintiff | )( | |
| | )( | |
| _____ | )( | |

## UNOPPOSED MOTION REQUESTING EXTENSION OF TIME

COMES NOW, Manuel Alberto Martinez, Petitioner-Defendant, by and through the undersigned attorney, and very respectfully states and prays as follows:

1. The undersigned attorney was appointed on March 11, 2002, to represent Petitioner Martinez.

2. The undersigned attorney is in need of additional time to review the casefile, communicate with Petitioner Martinez (presently incarcerated in Fort Worth, Texas) and respond to the "Government's Answer and Motion for Dismissal...," filed on January 17, 2002.

3. As such, the undersigned attorney would request an additional thirty days (30) from today or until April 15, 2002, to respond. AUSA Babcock has been contacted and has informed that he has no objection to this motion for an extension of time.

WHEREFORE, Petitioner Martinez requests that this Motion for Extension of Time be granted and that he be ordered to respond no later than April 15, 2002.

Respectfully submitted,

Jeanette Mercado – 5811
Attorney for Petitioner
P.O. Box 532541
Harlingen, Texas 78553
(956) 245-6565
Texas Bar No. 13942900

Unopposed Motion Requesting Extension of Time   CA B-01-199
Manuel Alberto Martinez,   (CR B-98-394-01)
v.
United States of America

page 2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the preceding "Motion Requesting Extension of Time" has been served by placing same in United States mail, postage prepaid, on today's date, March 15, 2002, addressed to AUSA Jeffery A. Babcock, United States Attorney's Office, P.O. Box 61129, Houston, Texas 77208-1129.

*Jeanette Mercado*
Jeanette Mercado
Attorney for Petitioner Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ,<br>Petitioner-Defendant<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent-Plaintiff | )(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)(<br>)( | CA B-01-199<br>(CR B-98-394-01) |

**O R D E R**

On _____, 2002, came on to be considered Petitioner Martinez' "Unopposed Motion for Extension of Time" in the above styled and numbered cause.

Said motion is hereby:

(GRANTED)    (DENIED)

_____
JUDGE PRESIDING