IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL ALBERTO MARTINEZ, Petitioner-Defendant | )( )( )( |
| v. | )( )( |
| UNITED STATES OF AMERICA Respondent-Plaintiff | )( )( )( )( |

CA B-01-199
(CR B-98-394-01)

## ORDER

On __3-21-__, 2002, came on to be considered Petitioner Martinez' "Unopposed Motion for Extension of Time" in the above styled and numbered cause.

Said motion is hereby:

(GRANTED)   ~~(DENIED)~~

_____
JUDGE PRESIDING

#9