*12*

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA                    **District of**  SOUTHERN DISTRICT, BROWNSVILLE DIVISION

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

*B-01-199*

CASE NUMBER:  B-98-394-01

United States District Court
Southern District of Texas
FILED

APR - 1 2002

Michael N. Milby, Clerk of Court

I, Manuel Albert Martinez _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant                ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☒ Yes          ☐ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Federal Medical Center, Fort Worth,Texas

    Are you employed at the institution? NO     Do you receive any payment from the institution? NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
        NONE

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☒ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

About $65.00 Per Month

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes          ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes            ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.        None

I declare under penalty of perjury that the above information is true and correct.

__November 27, 2001__          Manul Albert Martin _____
        Date                                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                  ACCOUNT
                 STATEMENT
FMC FT. WORTH*LIMITED OFFICAL USE*        DATE 06/05/01
3150 Horton Road                          PAGE No.01
Fort Worth, TX 76119
```

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 60.95 | .00 | .00 | .00 | 60.95 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000059 | 8:48 | 10-02-00 | SALE / REGULAR | 26.25- | 34.70 |
| 000060 | 8:50 | 10-02-00 | SALE / REGULAR | .66- | 34.04 |
| 18A164 | 16:49 | 10-02-00 | DEPOSIT ITS FUNDS | 2.00- | 32.04 |
| 18FEA8 | 20:05 | 10-06-00 | DEPOSIT ITS FUNDS | 1.00- | 31.04 |
| 1942BA | 18:59 | 10-09-00 | DEPOSIT ITS FUNDS | 1.00- | 30.04 |
| 000068 | 8:19 | 10-10-00 | SALE / REGULAR | 9.76- | 20.28 |
| 199335 | 19:13 | 10-13-00 | DEPOSIT ITS FUNDS | 1.00- | 19.28 |
| 19BFD2 | 19:16 | 10-15-00 | DEPOSIT ITS FUNDS | 1.00- | 18.28 |
| 000039 | 8:26 | 10-16-00 | SALE / REGULAR | 9.90- | 8.38 |
| 19D425 | 19:50 | 10-16-00 | DEPOSIT ITS FUNDS | 1.00- | 7.38 |
| T01736 | 12:58 | 10-20-00 | MONEY ORDER | 30.00 | 37.38 |
| 1A2C0C | 11:48 | 10-21-00 | DEPOSIT ITS FUNDS | 1.00- | 36.38 |
| 000042 | 8:42 | 10-23-00 | SALE / REGULAR | 15.50- | 20.88 |
| 000043 | 8:42 | 10-23-00 | SALE / REGULAR | 2.10- | 18.78 |
| T02311 | 12:33 | 10-27-00 | MONEY ORDER | 100.00 | 118.78 |
| 000039 | 9:25 | 10-30-00 | SALE / REGULAR | 21.40- | 97.38 |
| 1B1BBF | 18:58 | 11-02-00 | DEPOSIT ITS FUNDS | 4.00- | 93.38 |
| 000070 | 9:06 | 11-06-00 | SALE / REGULAR | 23.40- | 69.98 |
| 1E9818 | 20:04 | 11-08-00 | DEPOSIT ITS FUNDS | 2.00- | 67.98 |
| 1BFA71 | 19:41 | 11-12-00 | DEPOSIT ITS FUNDS | 1.00- | 66.98 |
| 000057 | 8:38 | 11-13-00 | SALE / REGULAR | 17.70- | 49.28 |
| 1C35EF | 18:51 | 11-15-00 | DEPOSIT ITS FUNDS | 1.00- | 48.28 |
| 1C364B | 19:01 | 11-15-00 | DEPOSIT ITS FUNDS | 1.00- | 47.28 |
| 1C4955 | 18:26 | 11-16-00 | DEPOSIT ITS FUNDS | 1.00- | 46.28 |
| 1C683A | 8:50 | 11-18-00 | DEPOSIT ITS FUNDS | 1.00- | 45.28 |
| 000063 | 8:50 | 11-20-00 | SALE / REGULAR | 11.75- | 33.53 |
| 000166 | 12:47 | 11-20-00 | SALE / REGULAR | .75- | 32.78 |
| T04403 | 11:58 | 11-22-00 | MONEY ORDER | 30.00 | 62.78 |
| 1CC57C | 19:36 | 11-22-00 | DEPOSIT ITS FUNDS | 2.00- | 60.78 |
| 1CF2D7 | 19:37 | 11-24-00 | DEPOSIT ITS FUNDS | 1.00- | 59.78 |
| 1D1485 | 17:16 | 11-26-00 | DEPOSIT ITS FUNDS | 1.00- | 58.78 |
| 000041 | 8:36 | 11-27-00 | SALE / REGULAR | 11.30- | 47.48 |
| 1D489B | 16:47 | 11-29-00 | DEPOSIT ITS FUNDS | 2.00- | 45.48 |
| 200335 | 7:02 | 12-04-00 | DEPOSIT ITS FUNDS | 1.25 | 46.73 |
| 218750 | 14:01 | 05-09-01 | STATE CHECK | 17.06 | 63.79 |
| 2A3E19 | 21:23 | 05-10-01 | DEPOSIT ITS FUNDS | 5.00- | 58.79 |
| 000084 | 8:29 | 05-14-01 | SALE / REGULAR | 18.93- | 39.86 |
| AA4CC | 22:14 | 05-15-01 | DEPOSIT ITS FUNDS | 3.00- | 36.86 |
| 219311 | 13:49 | 05-17-01 | MONEY ORDER | 40.00 | 76.86 |
| 000085 | 8:39 | 05-21-01 | SALE / REGULAR | 15.80- | 61.06 |
| 219662 | 14:35 | 05-21-01 | STATE CHECK | 8.53 | 69.59 |

ACCOUNT
STATEMENT

MC FT. WORTH LIMITED OFFICAL USE*                    DATE 06/05/01
150 Horton Road                                       PAGE No.02
ort Worth, TX 76119

Account # 88613080

MARTINEZ MANUEL ALBERTO
DAL

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT |||||||||||||| |
|---------|------|------|--------------------------|--------|---------|
| 2B3841 | 20:10 | 05-25-01 | DEPOSIT ITS FUNDS | 2.00- | 67.59 |
| 2B7914 | 20:39 | 05-30-01 | DEPOSIT ITS FUNDS | 4.00- | 63.59 |
| 000123 | 8:22 | 05-31-01 | SALE / REGULAR | 10.40- | 53.19 |
| T20251 | 11:41 | 05-31-01 | MONEY ORDER | 25.00 | 78.19 |
| 2BC0EA | 19:51 | 06-03-01 | DEPOSIT ITS FUNDS | 3.00- | 75.19 |
| 000068 | 8:34 | 06-05-0. | SALE / REGULAR | 31.20- | 43.99 |
| 000063 | 8:37 | 06-05-01 | SALE / REGULAR | .50- | 43.49 |

**** TRANSACTION TOTAL ****        17.46-

| ----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|-----------------|-------------------|---------------------|---------------------|-----------------|-----------------|
|                 | 43.49 | .00 | .00 | .00 | 43.49 |

# CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her

credit at (name of institution) _____ . I further certify

that the applicant has the following securities to his/her credit _____

_____ I further certify that during the past six months the applicant's

average balance was $ _____ See attached Prison Statement _____

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER