United States District Court
Southern District of Texas
FILED
APR 1 1 2002
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ, )( | | |
| Petitioner-Defendant )( | | |
| v. )( | CA B-01-199 | |
| UNITED STATES OF AMERICA )( | (CR B-98-394-01) | |
| Respondent-Plaintiff )( | | |
| )( | | |
| _____ )( | | |

**UNOPPOSED MOTION REQUESTING FINAL EXTENSION OF TIME**

COMES NOW, Manuel Alberto Martinez, Petitioner-Defendant (hereinafter, Petitioner), by and through the undersigned attorney, and very respectfully states and prays as follows:

1. The undersigned attorney was appointed on March 11, 2002, to represent Petitioner. On March 15, 2002, the undersigned attorney requested additional time to review the casefile, communicate with Petitioner (incarcerated in Fort Worth, Texas) and respond to the "Government's Answer and Motion for Dismissal...," filed on January 17, 2002.

2. The undersigned has discussed the instant case with Petitioner. He has also requested that the undersigned review certain documents, which are in possession of his wife. She has been very cooperative and provided some documents and is searching for others.

3. The undersigned would need further time to discuss said documents with Petitioner and to file the response to the Government's motion.

4. The undersigned attorney would request an additional and final forty-five (45) day extension from April 15, 2002 until May 30, 2002, to respond. AUSA Babcock has been contacted and has informed that he has no objection to this motion for an extension of time.

WHEREFORE, Petitioner requests that this motion for extension of time

Unopposed Motion Requesting Final Extension of Time  
Manuel Alberto Martinez,  
    v.  
United States of America

CA B-01-199  
(CR B-98-394-01)

page 2

be granted and that he be ordered to respond no later than May 30, 2002.

Respectfully submitted,

*Jeanette Mercado*

Jeanette Mercado – 5811  
Attorney for Petitioner  
P.O. Box 532541  
Harlingen, Texas 78553  
(956) 245-6565  
Texas Bar No. 13942900

Unopposed Motion Requesting Final Extension of Time  
Manuel Alberto Martinez,  
    v.  
United States of America

CA B-01-199  
(CR B-98-394-01)

page 3

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the preceding "Motion Requesting Extension of Time" has been served by placing same in United States mail, postage prepaid, on today's date, April 11, 2002, addressed to AUSA Jeffery A. Babcock, United States Attorney's Office, P.O. Box 61129, Houston, Texas 77208-1129.

Jeanette Mercado  
Attorney for Petitioner Martinez