14

United States District Court
Southern District of Texas
ENTERED

APR 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MANUEL ALBERTO MARTINEZ,  )(
   Petitioner-Defendant  )(
                     )(  CA B-01-199
v.  )(  (CR B-98-394-01)
                     )(
UNITED STATES OF AMERICA  )(
   Respondent-Plaintiff  )(
                     )(

**ORDER**

On /5 APRIL 2002, came on to be considered Petitioner Martinez' "Unopposed Motion Requesting Final Extension of Time" in the above styled and numbered cause.

Said motion, is hereby:

     (GRANTED)   ~~(DENIED)~~

Petitioner's response to the Government's Answer and Motion for Dismissal shall be filed on or before May 30, 2002.

                            JUDGE PRESIDING

#13