IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ, | )( | |
| Petitioner-Defendant | )( | |
| v. | )( | CA B-01-199 |
| UNITED STATES OF AMERICA | )( | (CR B-98-394-01) |
| Respondent-Plaintiff | )( | |
| | )( | |
| _____ | )( | |

## MOTION TO SEAL

COMES NOW, Manuel Alberto Martinez (hereinafter Petitioner) by and through the undersigned attorney, and very respectfully states and prays as follows:

1. Attached hereto is an envelope which contain attachments (A, B, and C) to the "Response to 'Government's Answer and Motion to Dismiss'" with Request for Hearing."

2. Petitioner would request that said attachments remain sealed.

WHEREFORE, it is respectfully requested that this Honorable Court issue an order requiring the attached documents to remain sealed.

Respectfully submitted,

Jeanette Mercado – 5811
Attorney for Petitioner
P.O. Box 532541
Harlingen, Texas 78553
(956) 245-6565
Texas Bar No. 13942900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the preceding "Motion to Seal" has been served by placing same in United States mail, postage prepaid, on today's date, May 20, 2002, addressed to AUSA Jeffery A. Babcock, United States Attorney's Office, P.O. Box 61129, Houston, Texas 77208-1129.

Jeanette Mercado