UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ | * | |
| VS | * | C.A. NO. B-01-199 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-98-394)) |

## ORDER

It is **ORDERED** that Petitioner's "ineffective assistance" claim be set for an evidentiary hearing on June 20, 2002, at 9:00 a.m.

The United States District Clerk is hereby **ORDERED** to summon Petitioner's trial and appellate counsel to the hearing.

> John J. Ritenour, Jr.
> 310 S. St. Mary's Street
> Suite 2040
> San Antonio, TX 78205-3192
> 210/222-0125
>
> Leticia Barguiarena
> 302 Kings Highway, Ste 107
> Brownsville, TX 78521

DONE at Brownsville, Texas, on 4th day of June 2002.

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse, 2nd FL.
600 E. Harrison
Brownsville, TX 78520