AO 440 (Rev.1/90) Summons in a Civil Action

CAB-01-199 (19)

*Leticia Barguiarena*

# RETURN OF SERVICE

| | DATE | United States District Court Southern District of Texas FILED |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | June 13, 2002 | |
| NAME OF SERVER (PRINT) Robert Aguilar | TITLE Deputy U.S. Marshal | JUN 18 2002 Michael N. Milby Clerk of Court |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 302 Kings Highway, Ste.107, Brownsville, Tx

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 1.46 | SERVICES 45.00 | TOTAL 46.46 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 13, 2002        *Robert Aguilar*
              Date                  Signature of Server

600 E.Harrison, Suite 1032, Brownsville, Tx 78521
Address of Server

The summons was served on Leticia Barguiarena on June 13, 2002 at 4:30 p.m. The summons was served at 302 Kings Highway, Suite 107, Brownsville, Tx 78521. The summons was served by one Deputy U.S. Marshal and the roundtrip mileage for this trip was 4 miles.

02 JUN 18 PH 3: MICHAEL N. MILBY, CLERK SOUTHERN DISTRICT FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.