```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk    :   M Garcia
Court Reporter     :   S Schwab
CSO                :   Salinas
Law Clerk          :   R Byrd
Date               :   June 20, 2002 at 09:10 a.m.
----------------------------------------------------------------------
CIVIL CASE NO.  B-01-199 (HGT)
               (CR. No. B-98-394)

Manuel Alberto Martinez              *       J Mercado, apptd
vs                                   *
United States of America             *       M Dowd, AUSA
----------------------------------------------------------------------
```

United States District Court
Southern District of Texas
FILED

JUN 2 0 2002

Michael N. Milby
Clerk of Court

## EVIDENTIARY HEARING

J Mercado present with Plaintiff Martinez; M Dowd present for the Government;

J Mercado addresses the Court and states Mr Martinez wishes to waive this hearing and have the Court make a determination, but not before a change is made on the Government's Response;

M Dowd responds by requesting that the Court strike from his response, filed 06/18/02, on page 13, under section 2, his factual assertion, where he assumed Judge Tagle had the reports on the defendant, but only had in her possession a discharge summary;

The Court addresses Mr Martinez directly and cautions him as to his continuing to file paperwork on his own, as if he had no representation of counsel; The Court suggests he confer with his attorney before filing any more paperwork;

The Court states an R&R will be ready some time in September due to the Courts case load in July and August;

J Mercado states no more issues will be raised;

M Dowd calls L Barguiarena for clarification on the matter of the appeal;
L Barguiarena sworn and proceeds to state facts;
Witness passed by the government and J Mercado cross-examines;

J Mercado provides the Court with Plaintiff's Exhibits #1 and 2;
Witness states she recognizes the exhibits and proceeds to state what they are;
The Court will admit exhibits without objections;
Witness excused;

Court adjourned.