AO 440 (Rev. 1/90) Summons in a Civil Action

CA-B-01-199

# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED

JUL 0 2 2002

Michael N. Milby
Clerk of Court

| Service of the Summons and Complaint was made by me[1] | DATE 6-11-02 |
|---|---|
| NAME OF SERVER (PRINT) Velasquez, J | TITLE Deputy |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: At Suite 1610 -   At 13:28 Hrs
   JOHN J. RITENOUR, JR.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-11-02       _Velasquez_  For Jack Dean
              Date         Signature of Server

                           655 E. Durango #235
              Address of Server
                           San Antonio TX, 78206

02 JUL -2 PM 3:41
MICHAEL N. MILBY, CLERK
SOUTHERN DISTRICT OF TEXAS
FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.