1

**ORIGINAL** 

```
         IN THE UNITED STATES DISTRICT COURT
1            FOR THE SOUTHERN DISTRICT OF TEXAS
2                    BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

JUL 0 5 2002

Michael N. Milby
Clerk of Court

4   MANUEL ALBERTO MARTINEZ    )
                               )
5   VS.                        )   CA NO. B-01-199
                               )
6   UNITED STATES OF AMERICA   )

12                TRANSCRIPT OF HEARING

13                    JUNE 20, 2002

19       On the 20th day of June, 2002, the following
20  proceedings came on to be heard in the
21  above-entitled and numbered cause before the
22  Honorable Felix Recio, Judge Presiding, held in the
23  Brownsville Division, Southern District of Texas.
24       Proceedings reported by computerized stenotype
25  machine.