IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ, | )( | |
| Petitioner-Defendant | )( | |
| v. | )( | CA B-01-199 |
| UNITED STATES OF AMERICA | )( | (CR B-98-394-01) |
| Respondent-Plaintiff | )( | |
| | )( | |
| _____ | )( | |

## NOTICE OF APPEAL

On this the 12th day of August 2002, notice is hereby given that Manuel Alberto Martinez, petitioner - defendant, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the order entered on August 2, 2002, denying his application, pursuant to Title 28, United States Code, Section 2255.

Respectfully submitted,

*Jeanette Mercado*
Jeanette Mercado – 5811
Attorney for Petitioner
P.O. Box 532541
Harlingen, Texas 78553
(956) 245-6565
Texas Bar No. 13942900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the preceding "Notice of Appeal" has been served by delivering same to AUSA Mark Dowd, on today's date, August 12, 2002 at 600 East Harrsion, 2nd Floor, Brownsville, Texas.

*Jeanette Mercado*
Jeanette Mercado