IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ, | )( | |
| Petitioner-Defendant | )( | |
| v. | )( | CA B-01-199 |
| UNITED STATES OF AMERICA | )( | (CR B-98-394-01) |
| Respondent-Plaintiff | )( | |
| | )( | |
| _____ | )( | |

United States District Court
Southern District of Texas
FILED
AUG 1 4 2002
Michael N. Milby
Clerk of Court

**MOTION REQUESTING CERTIFICATE
OF APPEALABILITY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Manuel Alberto Martinez, petitioner-defendant, by and through the undersigned attorney and very respectfully states and prays:

1. On August 12, 2002, the undersigned erroneously gave notice of appeal to the United States Court of Appeals for the Fifth Circuit from the order entered on August 2, 2002, denying Mr. Martinez' application, pursuant to Title 28, United States Code, Section 2255.

2. Pursuant to Title 28, United States Code, Section 2253(c), the proper procedure should have been to file a motion requesting a certificate of appealability.

3. A certificate of appealability is now requested on the issue of ineffective assistance of counsel based on counsels' failure to present the arguments of diminished capacity, coercion, restitution and a request for rehearing en banc. See Strickland v. United States, 466 U.S. 668 (1984) and Article VI, United States Constitution.

Manuel Alberto Martinez v. United States  CA B-01-199
Motion Requesting Certificate of Appealability  CR B-98-394
Page 2

4. The order of restitution, in particular, which is an integral part of Mr. Martinez' supervised release, is conditioned upon an impossible, excessive, monthly payment schedule of twenty-seven thousand, two hundred thirty-seven dollars and seventy-eight cents ($27, 237.78); which jeopardizes Mr. Martinez' liberty in a free society, even when complying with all other conditions of supervised release. See United States v. Calbat, 266 F. 3d 358 (5th Cir. 2001) and Article VIII, United States Constitution.

5. Mr. Martinez contends that he meets the criteria for a certificate of appealability, as per Title 28, United States Code, Section 2253.

WHEREFORE, premises considered, petitioner requests that this motion requesting a certificate of appealability be, in all things, granted.

Respectfully submitted,

Jeanette Mercado – 5811
Attorney for Petitioner
P.O. Box 532541
Harlingen, Texas 78553
(956) 245-6565
Texas Bar No. 13942900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the preceding "Motion Requesting Certificate of Appealability" has been served by delivering same to AUSA Mark Dowd, on today's date, August 14, 2002 at 600 East Harrsion, 2nd Floor, Brownsville, Texas.

Jeanette Mercado