U.S. DISTRICT COURT
SOUTHERN DISTRICT
FILED

02 NOV 19 PM 2: 56

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL ALBERTO MARTINEZ,<br>Petitioner-Defendant<br>v.<br>UNITED STATES OF AMERICA<br>Respondent-Plaintiff | CA B-01-199<br>(CR B-98-394-01) |

## INFORMATIVE MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Manuel Alberto Martinez, petitioner-defendant, by and through the undersigned attorney and very respectfully states:

1. An objection to the Magistrate's denial for the request of Certificate of Appealability has been filed in the instant cause.

2. The undersigned counsel will be on vacation outside the continental United States. The dates of vacation are November 20, 2002 through December 5, 2002.

WHEREFORE, it is respectfully requests that this Honorable Court take note of this Informative Motion.

Respectfully submitted,

Jeanette Mercado - 5811
Attorney for Petitioner
P.O. Box 532541
Harlingen, Texas 78553
(956) 245-6565
Texas Bar No. 13942900

<u>Manuel Alberto Martinez v. United States</u>　　　　　　　　　　　CA B-01-199
Informative Motion　　　　　　　　　　　　　　　　　　　　　　CR B-98-394
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the preceding "Informative Motion" has been served by delivering same to AUSA Mark Dowd, on today's date, November 19, 2002 at 600 East Harrsion, 2nd Floor, Brownsville, Texas.

Jeanette Mercado

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ,<br>Petitioner-Defendant | )(<br>)(<br>)( | |
| v. | )(<br>)( | CA B-01-199<br>(CR B-98-394-01) |
| UNITED STATES OF AMERICA<br>Respondent-Plaintiff | )(<br>)(<br>)( | |
| _____ | )(<br>)( | |

**O R D E R**

On _____, 2002, came on to be considered Petitioner Martinez'

"Informative Motion."

SO NOTED.

Entered this ___ day of _____ 2002 at Brownsville, Texas.

_____
JUDGE PRESIDING