UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 27 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ, Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-199 CRIMINAL NO. B-98-394 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Certificate of Appealability (Doc. # 27) is hereby DENIED.

DONE at Brownsville, Texas this ___ day of _____, 2002.

_____
Hilda Tagle
United States District Judge