32

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MANUEL ALBERTO MARTINEZ,        )(
   Petitioner-Defendant        )(
         v.        )(        CA B-01-199
UNITED STATES OF AMERICA        )(        (CR B-98-394-01)
   Respondent-Plaintiff        )(
                   )(
_____ )(

## NOTICE OF APPEAL

On this the 9th day of December 2002, notice is hereby given that Manuel

Alberto Martinez, petitioner - defendant, hereby appeals to the United States Court of

Appeals for the Fifth Circuit from the order denying his request for Certificate of

Appealability, requested pursuant to Title 28, United States Code, Section 2253.

The basis of appeal continues to be those detailed in the request for

Certificate of Appealability: ineffective assistance of counsel, based on counsels' failure

to present the arguments of diminished capacity, coercion, restitution, and a request for

rehearing en banc, in violation of Articles VI and VIII of the United States Constitution.

Respectfully submitted,

Jeanette Mercado – 5811
Attorney for Petitioner
P.O. Box 532541
Harlingen, Texas 78553
(956) 245-6565
Texas Bar No. 13942900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the preceding "Notice of
Appeal" has been served by delivering same to AUSA Mark Dowd, on today's date,
December 9, 2002 at 600 East Harrsion, 2nd Floor, Brownsville, Texas.

Jeanette Mercado