IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL ALBERTO MARTINEZ, | )( | |
| Petitioner-Defendant | )( | |
| v. | )( | CA B-01-199 |
| UNITED STATES OF AMERICA | )( | (CR B-98-394-01) |
| Respondent-Plaintiff | )( | |
| | )( | |
| _____ | )( | |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the undersigned attorney and very respectfully states and prays as follows:

1. The undersigned attorney is court appointed in the instant case.
2. The undersigned counsel will be moving to Jim Wells County before the end of this month.
3. Undersigned counsel understands that court appointments are made only to counsel practicing in Cameron County. Further, Manuel Alberto Martinez resides in Cameron County.
4. On today's date undersigned has filed a notice of appeal in behalf of Mr. Martinez.

WHEREFORE, it is respectfully requested that undersigned counsel be allowed to withdraw and new counsel be appointed to represent Mr. Martinez in his appeal.

Respectfully submitted,

Jeanette Mercado -/5811
Attorney for Petitioner
P.O. Box 532541
Harlingen, Texas 78553
(956) 245-6565
Texas Bar No. 13942900

<u>Manuel Albert Martinez v. United States</u>　　　　　　　　　CA B-01-199
Notice of Appeal　　　　　　　　　　　　　　　　　　　　CR B-98-394
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the preceding "Motion to Withdraw" has been served by delivering same to AUSA Mark Dowd, on today's date, December 9, 2002 at 600 East Harrsion, 2nd Floor, Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jeanette Mercado_
　　　　　　　　　　　　　　　　　　　　　　　Jeanette Mercado