IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL ALBERTO MARTINEZ,<br>Petitioner-Defendant<br><br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent-Plaintiff | CA B-01-199<br>(CR B-98-394-01) |

# ORDER

On January 14, 2003, came on to be considered the "Motion to Withdraw."

Said motion is HEREBY DENIED. ~~GRANTED~~.

IT IS ORDERED that attorney Jeanette Mercado may withdraw from the instant case. New counsel shall be appointed.

SO ORDERED, this 14th day of Jan 2003 at Brownsville, Texas.

_____
JUDGE PRESIDING