IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 1 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| MANUEL ALBERTO MARTINEZ, )( <br> Petitioner-Defendant )( <br> )( <br> v. )( <br> )( <br> UNITED STATES OF AMERICA )( <br> Respondent-Plaintiff )( <br> )( <br> _____ )( | CA B-01-199 <br> (CR B-98-394-01) |

# ORDER

On 02/13/03, ~~2003~~, came on to be considered Petitioner Martinez' "Motion for Reconsideration."

Said motion is HEREBY ~~GRANTED~~ DENIED.

~~IT IS ORDERED that attorney Jeanette Mercado may withdraw from the instant case. New Counsel shall be appointed.~~

Entered this 13th day of Feb 2003 at Brownsville, Texas.

_____
JUDGE PRESIDING