```
                                            United States Court of Appeals
                                                   Fifth Circuit
                                                  F I L E D
         IN THE UNITED STATES COURT OF APPEALS     July 18, 2003
                FOR THE FIFTH CIRCUIT          Charles R. Fulbruge III
                                                       Clerk
```

No. 02-41238
Summary Calendar

United States District Court
Southern District of Texas
FILED

SEP 11 2003

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA,

            Plaintiff-Appellee,

versus

MANUEL ALBERTO MARTINEZ, also known as James A. Dupont, also known as Albert Longoria,

            Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CV-199
USDC No. B-98-CR-394-ALL

---

Before HIGGINBOTHAM, SMITH and CLEMENT, Circuit Judges.

PER CURIAM:*

  Jeanette Mercado, court-appointed counsel for Manuel Alberto Martinez, former federal prisoner # 88613-080, has filed a motion for leave to withdraw as counsel pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that Martinez's appeal does not present a nonfrivolous issue. See Dinkins v. Alabama,

---

  * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 02-41238
-2-

526 F.2d 1268, 1269 (5th Cir. 1976). In response to counsel's motion, Martinez moves for the appointment of substitute counsel and, in the alternative, to dismiss his appeal voluntarily.

Our independent review of counsel's <u>Anders</u> brief, Martinez's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5TH CIR. R. 42.2. The request for a COA, set forth in counsel's brief, is DENIED. Martinez's motion for the appointment of substitute counsel is DENIED. Martinez's motion to dismiss his appeal voluntarily is DENIED AS MOOT.