# UNITED STATES COURT OF APPEALS

### FOR THE FIFTH CIRCUIT

No. 02-41238
Summary Calendar

D.C. Docket No. B-01-CV-199
B-98-CR-394-ALL

U.S. COURT OF APPEALS
**FILED**

JUL 1 8 2003

CHARLES R. FULBRUGE III
CLERK

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MANUEL ALBERTO MARTINEZ, also known as James A Dupont,
also known as Albert Longoria

    Defendant - Appellant

United States District Court
Southern District of Texas
FILED

SEP 11 2003

Michael N. Milby, Clerk of Court

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, SMITH and CLEMENT, Circuit Judges.

### J U D G M E N T

    This cause was considered on the record on appeal and the briefs on file.

    It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: **SEP 0 9 2003**

OP-S-J-1

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
    Deputy

New Orleans, Louisiana   SEP 0 9 2003

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

September 9, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
RECEIVED

SEP 11 2003
4:09 mcf
Michael N. Milby, Clerk of Court

No. 02-41238 USA v. Martinez
    USDC No. B-01-CV-199
           B-98-CR-394-ALL

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 7 ) Volumes    ( 3 ) Envelopes    (   ) Boxes
                 (2-SEALED)

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Whi'Sheika D. Chissell, Deputy Clerk
    504-310-7687

cc: (letter only)
    Honorable Hilda G Tagle
    Mr James Lee Turner
    Mr Manuel A Martinez

MDT-1